In re William A. BOOTHE, M.D. and Wendy J. Boothe, Relators.

No. 05–13–00198–CV.

Court of Appeals of Texas, Dallas.

Feb. 22, 2013.

James W. Grau, Stephen F. Malouf, Jonathan Nockels, Dallas, for Appellant.

Brian P. Lauten and Charla Aldous, Dallas, for Appellees.

Before Justices BRIDGES, MURPHY and LEWIS.

### OPINION

Opinion by Justice LEWIS.

Relators contend the trial judge erred in dissolving a writ of garnishment. The facts and issues are well known to the parties, so we need not recount them here-

in. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex.1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and emergency motion to stay.